IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:17-CR-00051-HZ-12 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| HAROLD GLENN RATH, | |
| Defendant. | |

Hernández, Chief United States District Judge.

    This matter is before the Court on defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's prison sentence to time served, effective 48 hours after this order is signed, to be followed by six months of home confinement as a condition of supervised release.

    The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

    The Court therefore GRANTS Defendant's Motion to Reduce Sentence.

**ORDER GRANTING MOTION TO REDUCE SENTENCE – Page 1**

IT IS HEREBY ORDERED that defendant shall be released within 48 hours after this order is signed, for travel to the approved residence in Elma, Washington.

IT IS FURTHER ORDERED that the conditions of supervised release shall be modified to require that the defendant shall remain on home confinement until February 2, 2022.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in Case No. 3:17-cr-00051-HZ-12.

Dated _____July 28, 2021_____, 2021.

_____*Marco Hernández*_____
Honorable Marco A. Hernández
Chief United States District Court Judge